Received EEOC CDO on 05/17/2023
Case: 1:23-cv-14877 Document #: 1-1 Filed: 10/13/23 Page 1 of 1 PageID #:14
Illinois Department of Human Rights - added by EEOC

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## CHARGE OF DISCRIMINATION

EEOC Form 5A (October 2017)

For Official Use Only – Charge Number:
440-2023-06388

**Personal Information**
- First Name: Lauren MI: A Last Name: Barnes
- Address: 9820 S Pulaski Rd Apt.: 213
- City: Oak Lawn County: Cook State: IL Zip Code: 60453
- Phone: 312-515-0364 Cell ☒ Email: LaurenABarnes111@gmail.com

**Who do you think discriminated against you?**
- Employer ☒
- Organization Name: Bmo Bank
- Address: 9950 S Kedzie Ave
- City: Evergreen Park State: IL Zip Code: 60805 Phone: 708-424-2800

**Why you think you were discriminated against?**
- Retaliation ☒ Other ☒ (specify): Fire on false claims
- Branch manager Harrassing since 7/27/2022

**Date of most recent job action you think was discriminatory:** 5/10/2023

**What happened to you that you think was discriminatory?**

Branch manager Harassed me since 7/27/2022
Cause Toxin work enviroment
Going over and beyond to let me know she didnt like me
Giving others opportunities over me
gaslighting and yelling at me in front of customers
last thing I was fired on false claims of docs
Being left out on days I was not There.

**Signature and Verification**

I understand this charge will be filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address, phone, or email. I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I understand by signing below that I am filing a charge of employment discrimination with the EEOC. I understand that the EEOC is required by law to give a copy of the charge, which includes my allegations and my name, to the organization named above. I also understand that the EEOC can only investigate charges of job discrimination based on race, color, religion, sex, national origin, age, disability, genetic information, or based on retaliation for filing a charge of job discrimination, participating in an investigation of a job discrimination complaint, or opposing job discrimination.

I declare under penalty of perjury that the above is true and correct.

Signature: [signed] Date: 5/17/2023

**EXHIBIT 1**