EEOC Form 5 (06/22)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br><br>EEOC & IDHR | Agency(ies) Charge No(s):<br>AMENDED CHARGE<br>440-2023-06388 |
|---|---|---|

Illinois Department of Human Rights and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev., etc.)<br>Lauren Barnes | Home Phone<br>312-515-0364 | Year of Birth<br>1983 |
|---|---|---|

Street Address, City State and ZIP Code
9820 South Pulaski Road, Oak Lawn, Illinois 60453

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>BMO Bank | No. Employees, Members<br>>500 | Phone No.<br>708-424-2800 |
|---|---|---|

Street Address, City State and ZIP Code
9950 South Kedzie Avenue, Evergreen Park, Illinois 60805

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

Street Address, City, State and ZIP Code

| DISCRIMINATION BASED ON<br>Race, Racial Harassment, Retaliation | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest: 7/2022   Latest: 5/10/2023 |
|---|---|

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

See Attached Charge Outline

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

7/15/2023
Date      Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

OFFICIAL SEAL
KEITH L HUNT
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 10/11/2026
7/15/23

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

X
SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)
7/15/2023

**EXHIBIT 2**

# CHARGE OUTLINE

I. Complainant, an African American female, was an "employee" within the meaning of Title VII. Respondent, BMO Bank is an "employer" within the meaning of Title VII.

II. Respondent BMO Bank hired Complainant to work as a banker at the 9950 South Kedzie Avenue, Evergreen Park, Illinois branch on February 7, 2022. Complainant worked at the BMO Bank Evergreen Park branch until May 10, 2023 when Respondent unlawfully terminated her employment.

III. While employed at the BMO Bank Evergreen Park branch, Respondent and its Branch Manager, Kinga Nowak, subjected to discrimination based on her race (Black/African American) in one or more the following ways:

   a. By being treated less favorably than non-African American bankers working at that branch;

   b. By being denied opportunities afforded to her similarly situated non-African-American co-workers:

      i. Similarly situated non-African American employees were sent to local companies to sign-up new accounts (Bank at Work Days) while the branch manager, Kinga Nowak (white) denied Complainant the same opportunity.

      ii. My branch manager (Nowak) would conduct weekly meetings with similarly situated non-African American employees to discuss their productivity and make suggestions on how to improve their productivity and sales. During such meetings Nowak would explain how a banker's commission compensation is calculated and how increasing certain types of new accounts, over others would increase commissions. Nowak did this with Complainant during the early part of her employment but stopped doing this with in approximately the Fall of 2022 resulting in lower commissions to Complainant.

         1. During the weekly meetings, the Branch Manager (Kinga Nowak) would work with Complainant's co-workers on how they could "beat" Complainant who was a top performer.

**EXHIBIT 2**

    c. By the Branch Manager, Kinga Nowak (white) subjecting Complainant to a racially hostile working environment including, but not limited to:

        i. Referring to a nearby BMO branch located at 95th Street & Ashland Avenue as 'the black branch" or "the black bank" – referring to the racial demographics of the neighborhood in which that branch was situated;

        ii. Making comments about the hairstyles of African American/black employees at the Evergreen Park branch;

        iii. Telling Complainant that her "black makeup" or her "dark makeup" was getting on things;

        iv. Subjecting Complainant to heightened scrutiny compared with similarly situated non-African American employees'

            1. For example, Complainant was written up for leaving papers on a printer. When non-African American bankers left something on the printer, Nowak would simply remove the paper and return it to the banker who left it there.

        v. Yelling at Complainant in front of customers to demean Complainant and to undermine the customer's confidence in, and relationship with, Complainant; Nowak did not engage in this conduct toward non-African American employees.

IV. Respondent's Branch Manager failed to pay Complainant all of the commissions she was due, but paid Complainant's non-African American counterparts all their commissions.

    i. Complainant complained about the failure to conduct weekly reviews and explain her compensation calculations to Nowak's boss, Edgar Villa, and requested that he meet with her while Nowak was on a leave of absence but Villa failed and refused to meet with Complainant on three separate occasions.

V. Complainant complained about her treatment on more than one occasion but nothing was ever done.

VI. Complainant was terminated May 10, 2023 because she is African American and in retaliation for Complainants complaints about unlawful discrimination.

**EXHIBIT 2**