IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **LAUREN BARNES,** | ) | |
| | ) | Case No.: 23-CV-14877 |
| Plaintiff, | ) | |
| v. | ) | HON. APRIL M. PERRY |
| | ) | |
| **BMO BANK, N.A.,** | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |

### RULE 41 MOTION TO DISMISS WITH PREJUDICE

The parties, acting through their respective counsel, and pursuant to Rule 41, move to dismiss this case, with prejudice, pursuant to settlement, with each party bearing its own costs and attorneys fees.

Respectfully submitted,

/s/ Keith L. Hunt *(electronic signature)*
Keith L. Hunt (ARDC 6190675)
Delaney A. Hunt (ARDC 6334420)
Hunt Law PC
2275 Half Day Road
Suite 126
Bannockburn, IL 60015
Phone: (312) 558-1300
Fax: (312) 558-9911
khunt@huntpclaw.com
dhunt@huntpclaw.com

*Attorneys for Plaintiff*

/s/ Sean Healy *(electronic signature)*
Sean Healy
Julie Rodriguez Aldort
BMO Bank N.A.
115 S LaSalle St.
Fl 18W
Chicago, IL 60603
Phone: (312) 461-7905
Sean.healy@bmo.com
Julie.aldort@bmo.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

Keith L. Hunt, an attorney, certifies that he caused copies of the foregoing Rule 41 Motion to Dismiss to be served upon all parties of record via the Court's electronic system On November 27, 2024.

/s/ Keith L. Hunt
Attorney for Plaintiff